IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL IDEEN,                    )
                                )   3:08cv151
         Petitioner,            )   Electronic Filing
                                )
     v.                         )   Judge David Cercone
                                )   Magistrate Judge Caiazza
JEFFREY A. BEARD, et al.,       )
                                )
         Respondents.           )

## MEMORANDUM ORDER

Abdul Ideen's Petition for Writ of Habeas Corpus was received by the Clerk of Court on June 26, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 30, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Ideen be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Houtzdale, Pennsylvania. Ideen timely filed objections on July 11, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 31ST day of July, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Abdul Ideen is dismissed, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 3), dated June 30, 2008, is adopted as the opinion of the court.

                                                            David Stewart Cercone
                                                           United States District Judge

cc: Honorable Francis X. Caiazza
    United States Magistrate Judge

    ABDUL IDEEN CW-6127
    SCI Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698